**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH R. PERKINS, JR., | ) | CASE NO. 1:20CV01710 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is AFFIRMED IN PART and VACATED AND REMANDED IN PART for further proceedings consistent with the Court's decision.

**IT IS SO ORDERED.**

                                                 *s/Jonathan D. Greenberg*
                                                 Jonathan D. Greenberg
                                                 United States Magistrate Judge

Date: September 8, 2021